**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | |
|---|---|
| Clark Units, LLC, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITS Franchising Group, Inc. <br><br> Defendant. | Case No. 2:25-CV-12901-BHH <br><br><br> **MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT** |

Pursuant to Local Civil Rule 83.I.07(A) (D.S.C.), G. Mark Phillips and Ashley N. Hawkins of the law firm Nelson Mullins Riley & Scarborough, LLP, respectfully move to withdraw as counsel of record for Defendant UNITS Franchising Group, Inc.  This motion is filed with the consent of the Defendant and its remaining counsel of record, Peter George Siachos and Clair E. Wischusen from Gordon and Rees, LLP, who will continue to represent Defendant in this matter.

Respectfully submitted,

By: /s/ G. Mark Phillips

**NELSON MULLINS RILEY & SCARBOROUGH LLP**
G. Mark Phillips (Fed. Bar No. 3051)
mark.phillips@nelsonmullins.com
Ashley Hawkins (Fed. Bar No. 13837)
ashley.hawkins@nelsonmullins.com
151 Meeting Street, Sixth Floor
Charleston, SC 29401
Telephone: (843) 534-4383
Facsimile: (843) 534-4391

*Attorneys for Defendant*
*UNITS Franchising Group, Inc.*

Charleston, South Carolina
July 27, 2026

1